

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2022

No. 04-22-00259-CR

**EX PARTE** Juan Gabriel Colorado **CARRILLO,**

From the County Court, Kinney County, Texas
Trial Court No. 10367CR
Honorable Roland Andrade, Judge Presiding

# O R D E R

Appellant has filed a motion for a 30-day extension of time to file his appellant's brief. We **grant in part** the motion and **order** appellant's brief filed by **July 11, 2022**.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2022.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court